UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL CARROW, MICHAEL FENNELL, and NICHOLAS STEFANOU, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | No. 16-cv-03026-RBK-JS |

[~~PROPOSED~~] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Upon consideration of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, the Court hereby ORDERS as follows:

1.  The proposed class action settlement on behalf of the class certified pursuant to the Court's December 26, 2019 Order (Dkt. 121) is preliminarily approved as fair, reasonable, and adequate.

2.  Class Counsel shall now perform their settlement administration duties set forth in the agreement.

3.  Rust Consulting, Inc. is designated and approved as the Settlement Administrator to perform the functions identified in the Settlement Agreement, including but not limited to the establishment of the Qualified Settlement Fund for the purpose of resolving the contested claims, as described more fully in Sections II and III of the Settlement Agreement pursuant to Section

1

Case 1:16-cv-03026-RBK-JS   Document 154-3   Filed 12/15/20   Page 3 of 3 PageID: 6368

468B of the Internal Revenue Code and Treas. Reg. § 1.468B-1, 26 CFR § 1.468B-1, et. Seq. and this Order.

4. The form, contents and methods of notices to be given to the Class Members pursuant to the proposed settlement constitute the best notice practicable and are hereby approved.

5. All other events contemplated by the Settlement Agreement to occur after this Order and before Final Approval shall be governed by the Settlement Agreement, to the extent not inconsistent with this order.

6. A Final fairness hearing is scheduled for April 27, 2021 at 10AM.

December 21, 2020
DATE

Hon. Robert B. Kugler
United States District Judge